WILLIAM M. BERRY v. EMPETO CORPORATION, T/A
SPLIT RAIL TAVERN.

September 29, 1987.

Petition for certification denied.

EDWARD FEDEROWICZ v. NEW JERSEY STATE
PAROLE BOARD.

September 29, 1987.

Petition for certification denied.

MARY ANN MURPHY v. EMIL H. PHILIBOSIAN.

September 29, 1987.

Petition for certification denied.

IN THE MATTER OF THE CONVERSION OF 10 HURON AVE-
NUE, 201 ST. PAUL'S AVENUE, 225 ST. PAUL'S AVENUE.

September 29, 1987.

Petition for certification denied.